UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80157-CIV-DIMITROULEAS

DENISE LEVY,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Robin S. Rosenbaum filed herein on September 25, 2008. [DE-30]. The Court notes that no objections to the Reports have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Although no timely objections were filed, the Court has conducted a de novo review and is otherwise fully advised in the premises.

After reviewing the Report and the docket, this Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff had a fair hearing and a full administrative consideration in accordance with the applicable statutes and regulations and that substantial evidence supports the ALJ's findings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report to District Judge [DE-30] is hereby **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [DE-18] is **DENIED**.

3. Defendant's Motion for Summary Judgment [DE-24; DE-25] is **GRANTED**.

4. The decision of the Commissioner is **AFFIRMED**.

5. All other motions are **DENIED AS MOOT**.

6. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Rosenbaum
James S. Elkins, III, Esq.
Carole M. Fernandez, AUSA